# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:

Daniel V. Hardiman
Julietta SL Hardiman,
     Debtors.

Case No. 16-52245
Chapter 13

Judge John E. Hoffman Jr.

## DEBTORS' NOTICE OF CHANGE OF ADDRESS

Debtors, through counsel, hereby notify the court of their updated addresses as follows:

Debtors' old address was PO Box 268, Galloway, OH 43119

**Debtor – Husband new address is as follows:**
    **106 Harrison Street**
    **Sunbury, OH 43074**

**Co-Debtor – Wife new address is as follow:**
    **PO Box 310**
    **Erickson, Manitoba Canada R0J0O0**

Respectfully submitted,

Date: October 24, 2017

/s/ Laura M. Nesbitt_____
Laura M. Nesbitt (0082629)
The Nesbitt Law Firm
5400 Frantz Road, Suite 210
Dublin, OH 43016
(614) 800-0262
*laura@nesbittfirm.com*
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Trustee's Motion to Dismiss was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on October 24, 2017 addressed to:

Daniel Hardiman
106 Harrison Street
Sunbury, OH 43074

Julietta Hardiman
PO Box 310
Erickson, Manitoba Canada R0J0O0

/s/ Laura M. Nesbitt_____
Laura M. Nesbitt (0082629
*Counsel for Debtors*